1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  DARRELL BRADFORD,                          CASE NO. 1:10-cv-02074-SMS PC

10                    Plaintiff,               ORDER DENYING MOTION TO
                                               AMEND AS PREMATURE
11           v.
                                               (Doc. 7)
12  JAMES A. YATES, et al.,

13                    Defendants.
    _____/

14

15          Plaintiff Darrell Bradford, a state prisoner proceeding pro se and in forma pauperis, filed this

16  civil rights action pursuant to 42 U.S.C. § 1983 on November 9, 2010.  On January 24, 2011,

17  Plaintiff filed a motion seeking leave to amend and an amended complaint.

18          At this stage in the proceedings, Plaintiff may amend once as a matter of right without leave

19  of court.  Fed. R. Civ. P. 15(a).  Therefore, Plaintiff's motion is HEREBY DENIED as premature.

20  Plaintiff's amended complaint will be screened in due course.  28 U.S.C. § 1915A.

21
22
23

24  IT IS SO ORDERED.

25  **Dated:   January 27, 2011**              _____/s/ Sandra M. Snyder_____
                                               UNITED STATES MAGISTRATE JUDGE
26
27
28

1