# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL BRADFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES A. YATES, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:10-cv-02074-SKO PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SUPPLEMENT AMENDED COMPLAINT, WITHOUT PREJUDICE<br><br>(Doc. 10) |

Plaintiff Darrell Bradford, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 9, 2010. On January 24, 2011, Plaintiff filed an amended complaint as a matter of right, Fed. R. Civ. P. 15(a)(1), and on February 25, 2011, Plaintiff filed a motion seeking leave to supplement his amended complaint, Fed. R. Civ. P. 15(d).

Although Plaintiff states that he is requesting leave to supplement to add eleven additional defendants based on new events, his amended complaint and his proposed supplemental complaint identify the same defendants and the two complaints are virtually identical. Because the Court is unable to discern the grounds for supplementing, Plaintiff's motion is HEREBY DENIED, without prejudice, and his proposed supplemental complaint shall not be filed. Fed. R. Civ. P. 15(d).

IT IS SO ORDERED.

**Dated:   April 15, 2011**           **/s/ Sheila K. Oberto**
                              UNITED STATES MAGISTRATE JUDGE

1